## No. 2338.—HENRY REINERS *v.* VALENTINE ST. CERAN.

The plea of payment admits the correctness of the plaintiff's demand, and when made concludes every other defense to the action.

APPEAL from the Fourth District Court, parish of Orleans. *Théard*, J. *J. J. E. Planchard*, for plaintiff and appellee. *Hornor & Benedict*, for defendant and appellant.

· HOWE, J. This case was before this court in 1867 and was remanded to give the defendant an opportunity to plead payment. 19 An. 207. It is evident from the decree then rendered that this plea of payment was allowed to be filed as a peremptory exception, which admitted the claim of the plaintiff to be correct, and alleged that it had been extinguished by payment.

On the second trial the court again gave judgment in favor of plaintiff for the balance claimed, and the defendant has again appealed. Instead of confining his defense to the permitted issue, which admits the claim of plaintiff to be correctly set forth in his petition, and alleges its payment, he now attempts to obscure the case by raising points which have no merit. His plea of payment, at which alone it is necessary to look, is not established.

Judgment affirmed.

Rehearing refused.